**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____ Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Machine Tool Service Inc** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **35-1131855** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **117 Elm Street**<br>**Terre Haute, IN 47807**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Vigo**<br>County | Location of principal assets, if different from principal place of business |
| | <br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **machinetoolservice.com** |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Machine Tool Service Inc**                                                      Case number (*if known*) _____
          <sub>Name</sub>

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | Machine Tool Service Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   __Machine Tool Service Inc_____   Case number (*if known*) _____
       Name

| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __August 24, 2023__
            MM / DD / YYYY

X _/s/ Samuel G. Hoar_____   __Samuel G. Hoar_____
   Signature of authorized representative of debtor   Printed name

Title   __President_____

---

**18. Signature of attorney**

X _/s/ Richard W. Lorenz_____   Date   __August 24, 2023__
   Signature of attorney for debtor                MM / DD / YYYY

__Richard Lorenz_____
Printed name

__Hickam & Lorenz, P.C._____
Firm name

__10 South Main__
__Spencer, IN 47460_____
Number, Street, City, State & ZIP Code

Contact phone   __(812) 829-2221____   Email address   __rlorenz@hickamlorenz.com_____

__IN_____
Bar number and State

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

Debtor name    **Machine Tool Service Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒    Other document that requires a declaration    Request for relief

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2023**              X  _Samuel G. Hoar_ (signature)
                                                                Signature of individual signing on behalf of debtor

                                                                **Samuel G. Hoar**
                                                                Printed name

                                                                **President**
                                                                Position or relationship to debtor

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Machine Tool Service Inc__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

☐ Check if this is an

Case number (if known): _____

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Gold Card P.O. Box 60189 City of Industry, CA 91716 | | Credit card purchases | | | | $5,757.26 |
| American Express Sky Miles P.O. Box 60189 City of Industry, CA 91716-0189 | | Credit card purchases | | | | $26,369.08 |
| Arconic US LLC P.O. Box 81282, 5801 Postal Road Cleveland, OH 44181-9600 | | Customer Down Pymt for Work to be Performed | | | | $24,928.50 |
| Arsenal Technical High School 120 E. Walmart St. B05 Indianapolis, IN 46204 | | Customer Down Pymt for Work to be Performed | | | | $9,453.00 |
| Bourn & Koch 2500 Kishwaukee St. Rockford, IL 61104 | | Trade debt | | | | $8,065.00 |
| Chase Visa P. O. Box 6294 Carol Stream, IL 60197-6294 | | Credit card purchases | | | | $11,694.34 |
| First Financial Bank P.O. Box 540 Terre Haute, IN 47808 | | | | $22,461.27 | $0.00 | $22,461.27 |

Debtor  **Machine Tool Service Inc**
                Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Horner Industrial Group 1521 East Washington ST. Indianapolis, IN 46201 | | Trade debt | | | | $4,639.00 |
| Indiana Dept of Revenue 100 N. Senate Ave IGCN Ste N105 Indianapolis, IN 46204 | | Indiana State Withholding Taxes | | | | $5,818.34 |
| Industrial Machine Solutions P. O. Box 187 Greenwood, IN 46142 | | Trade debt | | | | $74,755.50 |
| IRS Dept of the Treasury Internal Revenue Service Cincinnati, OH 45280-6532 | | 941 Federal Withholding | | | | $17,674.56 |
| Kapitus LLC 2500 Wilson Boulevard Suite 340 Arlington, VA 22201 | | | | $116,305.00 | $0.00 | $116,305.00 |
| Linda K. Hoar 3949 E. Evans Ave. Terre Haute, IN 47805 | | Reimbursement for business expenses paid by Linda Hoar | | | | $13,700.00 |
| Monarch Lathes P. O. Box 4609 Sidney, OH 45365-4609 | | Trade debt | | | | $6,355.88 |
| NTN Driveshaft Inc. 8251 International Drive Columbus, IN 47201 | | Customer Down Pymt for Work to be Performed | | | | $11,640.00 |
| Rempco, Inc. 2511 Bell Ave. Cadillac, MI 49601 | | Trade debt | | | | $7,237.00 |
| Richard James & Associates, Inc. 4317 N.E. Thurston Way #270 Vancouver, WA 98662 | | Collections Company | | | | $6,355.88 |
| Sentry Insurance Company P.O. Box 8019 Stevens Point, WI 54481-8019 | | Insurance | | | | $4,287.20 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Machine Tool Service Inc**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Thomas E. Waller 110 North Street Paris, IL 61944 | | Vacation time pay owed to employee | | | | $4,200.75 |
| Unison Engine Components 333 S. 3rd St. Terre Haute, IN 47807 | | Customer Down Pymt for Work to be Performed | | | | $4,940.55 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Machine Tool Service Inc**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF INDIANA__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:    Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____ **500,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ _____ **401,994.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ _____ **901,994.00**

**Part 2:    Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ **294,570.60**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ _____ **69,516.25**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$ _____ **248,885.11**

4.  **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b

    $ _____ **612,971.96**

**Fill in this information to identify the case:**

Debtor name    Machine Tool Service Inc

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
                                        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☒ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                                   **Current value of debtor's interest**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11.**     **Accounts receivable**

        11a. 90 days old or less:         **148,000.00**   -               **0.00**   = ....            **$148,000.00**
                           face amount                     doubtful or uncollectible accounts

**12.**     **Total of Part 3.**

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                **$148,000.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Debtor    **Machine Tool Service Inc**                                    Case number *(If known)* _____
          <sub>Name</sub>

---

**Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:        Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:        Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2005 GMC Sierra C1500** | **$0.00** | **Kelly Blue Book<br>valuation** | **$2,944.00** |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Machinery and Equipment** | **$0.00** | **Replacement** | **$399,050.00** |

51.   **Total of Part 8.**

       Add lines 47 through 50.   Copy the total to line 87.

       | $401,994.00 |
       |---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☒ No
       ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

---

**Part 9:        Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

Debtor    **Machine Tool Service Inc**                                     Case number *(if known)* _____
           Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| 117 Elm Street<br>Terre Haute, IN 47807 | Equitable interest | $0.00 | | $500,000.00 |

56.    **Total of Part 9.**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

       | |
       |---|
       | $500,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☒ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ☒ No.   Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☒ No.   Go to Part 12.
       ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                   Best Case Bankruptcy

Debtor    __Machine Tool Service Inc_____    Case number *(If known)* _____
            Name

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $401,994.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $401,994.00 | + 91b.  $500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $901,994.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Machine Tool Service Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| | | |
|---|---|---|
| **2.1** **First Financial Bank** | Describe debtor's property that is subject to a lien | |
| Creditor's Name | **All accounts and Equipment** | **$22,461.27** — **$0.00** |
| **P.O. Box 540** **Terre Haute, IN 47808** | | |
| Creditor's mailing address | Describe the lien | |
| | **Non-Purchase Money Security** | |
| | Is the creditor an insider or related party? | |
| Creditor's email address, if known | ☒ No | |
| | ☐ Yes | |
| | Is anyone else liable on this claim? | |
| Date debt was incurred | ☐ No | |
| **10/19/2022** | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| Last 4 digits of account number **6274** | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | |
| ☒ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | |

| | | |
|---|---|---|
| **2.2** **First Financial Bank** | Describe debtor's property that is subject to a lien | **$72,681.53** — **$0.00** |
| Creditor's Name | **All accounts and Equipment** | |
| **P. O. Box 540** | | |
| **Terre Haute, IN 47808** | | |
| Creditor's mailing address | Describe the lien | |
| | **Non-Purchase Money Security** | |
| | Is the creditor an insider or related party? | |
| Creditor's email address, if known | ☒ No | |
| | ☐ Yes | |
| | Is anyone else liable on this claim? | |
| Date debt was incurred | ☐ No | |
| **10/01/2022** | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| Last 4 digits of account number **8485** | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | |
| ☒ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Machine Tool Service Inc**                                    Case number (if known) _____
           Name

| 2.3 | **Forrest Perry Buyout** | Describe debtor's property that is subject to a lien | $83,122.80 | $500,000.00 |

Creditor's Name
**117 Elm StreetTerre Haute, IN 47807**

**1759 Howe Ave**
**Clinton, IN 47842**
Creditor's mailing address

**Describe the lien**
**Mortgage**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**05/15/2020**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.4 | **Kapitus LLC** | Describe debtor's property that is subject to a lien | $116,305.00 | $0.00 |

Creditor's Name
**2500 Wilson Boulevard**
**Suite 340**
**Arlington, VA 22201**
Creditor's mailing address

**Machinery and Equipment**

**Describe the lien**
**Non-Purchase Money Security**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**01/04/2023**
Last 4 digits of account number
**1621**

Do multiple creditors have an
interest in the same property?
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$294,570.60** |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Machine Tool Service Inc**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**AFCS**<br>**10333   N. Meridian St, Ste 270**<br>**Indianapolis, IN 46290-1144** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,543.99 | $3,543.99 |
| Date or dates debt was incurred | Basis for the claim:<br>**Property Taxes-Past due Business Tangible** | | |
| Last 4 digits of account number **0002**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**American Financial Credit**<br>**Services Inc.**<br>**10333 N. Meridian St. Ste 270**<br>**Indianapolis, IN 46290-1144** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,543.99 | $0.00 |
| Date or dates debt was incurred<br>**2021 taxes payable 2022** | Basis for the claim:<br>**Property Taxes-Collection Agency for Vigo Co.**<br>**Treasurer** | | |
| Last 4 digits of account number **6696**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>**Bradley W.   Perry**<br>**835 Bogart St.**<br>**Clinton, IN 47842** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,749.32 | $3,749.32 |
| Date or dates debt was incurred | Basis for the claim:<br>**Vacation time pay owed to employee** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor  **Machine Tool Service Inc**                                       Case number (if known) _____
         Name

| | | | |
|---|---|---|---|
| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,332.40 | $1,332.40 |

**2.4** Priority creditor's name and mailing address
**Brian   J. Noblitt**
**P.O. Box 273**
**10815 N. Hollingworth Place**
**West Terre Haute, IN 47885**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,332.40    $1,332.40

Date or dates debt was incurred

Basis for the claim:
**Vacation time pay owed to employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
**Brian   J. Noblitt**
**P.O. Box 273**
**10815 N. Hollingworth Place**
**West Terre Haute, IN 47885**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$577.35    $577.35

Date or dates debt was incurred

Basis for the claim:
**Simple IRA Contributions not paid into IRA**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
**Brian Noblitt**
**P.O. Box 273**
**108125 N. Hollingworth Pl.**
**West Terre Haute, IN 47885**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$594.72    $594.72

Date or dates debt was incurred

Basis for the claim:
**Amount deducted from paycheck for insurance but not paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.7** Priority creditor's name and mailing address
**Dept of the Treasury**
**Internal Revenue Service**
**Kansas City, MO 64999-0046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$42.00    $42.00

Date or dates debt was incurred

Basis for the claim:
**Federal Unemployment**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address
**Indiana Dept of Revenue**
**100 N. Senate Ave IGCN Ste N105**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,818.34    $5,818.34

Date or dates debt was incurred

Basis for the claim:
**Indiana State Withholding Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Machine Tool Service Inc**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **2.9** Priority creditor's name and mailing address<br>**Indiana Dept of Revenue**<br>**100 N. Senate Ave.**<br><br>**Indianapolis, IN 46204** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $199.50  $199.50 |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Indiana State Unemployment** | |
| Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.10** Priority creditor's name and mailing address<br>**IRS**<br>**Dept of the Treasury Internal**<br>**Revenue Service**<br>**Cincinnati, OH 45280-6532** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,674.56  $17,674.56 |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**941 Federal Withholding** | |
| Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.11** Priority creditor's name and mailing address<br>**Matthew K. Hoar**<br>**1117 Maple Ave.**<br>**Terre Haute, IN 47804** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,880.00  $2,880.00 |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Vacation time pay owed to employee** | |
| Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.12** Priority creditor's name and mailing address<br>**Matthew K. Hoar**<br>**1117 Maple Ave.**<br>**Terre Haute, IN 47804** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,271.25  $1,271.25 |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Amount deducted from paycheck for insurance but not paid** | |
| Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.13** Priority creditor's name and mailing address<br>**Samuel G. Hoar**<br>**3949 E. Evans Ave**<br>**Terre Haute, IN 47805** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $784.00  $784.00 |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Simple IRA Contributions not paid into IRA** | |
| Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

Debtor   **Machine Tool Service Inc**                                   Case number (if known) _____
         Name

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,200.75 | $4,200.75 |
|---|---|---|---|---|

**2.14** Priority creditor's name and mailing address

**Thomas E. Waller**
**110 North Street**
**Paris, IL 61944**

As of the petition filing date, the claim is: **$4,200.75    $4,200.75**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation time pay owed to employee**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.15** Priority creditor's name and mailing address

**Thomas E. Waller**
**110 North Street**
**Paris, IL 61944**

As of the petition filing date, the claim is: **$248.01    $248.01**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Simple IRA Contributions not paid into IRA**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

**2.16** Priority creditor's name and mailing address

**Vigo County Treasurer**
**P. O. Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is: **$3,167.90    $3,167.90**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Fall 2022**

Last 4 digits of account number **0002**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.17** Priority creditor's name and mailing address

**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is: **$3,777.64    $3,777.64**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes Spring 2023**

Last 4 digits of account number **0002**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.18** Priority creditor's name and mailing address

**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is: **$3,172.41    $3,172.41**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes- Fall 2023**

Last 4 digits of account number **0002**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor   __Machine Tool Service Inc__                                    Case number (if known) _____
             Name

| | | | |
|---|---|---|---|

**2.19** Priority creditor's name and mailing address
**Vigo County Treasurer**
**PO Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:                    $149.27    $149.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes- Fall 2022**

Last 4 digits of account number __0002__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.20** Priority creditor's name and mailing address
**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:                    $144.04    $144.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Spring 2023**

Last 4 digits of account number __0002__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.21** Priority creditor's name and mailing address
**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:                    $188.58    $188.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Fall 2023**

Last 4 digits of account number __0002__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.22** Priority creditor's name and mailing address
**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:                    $90.44    $90.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Fall 2022**

Last 4 digits of account number __0002__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.23** Priority creditor's name and mailing address
**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:                    $86.49    $86.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Spring 2023**

Last 4 digits of account number __0002__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Machine Tool Service Inc**                                   Case number (if known) _____
Name

| | | |
|---|---|---|

**2.24** Priority creditor's name and mailing address
**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$71.15    $71.15

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Fall 2023**

Last 4 digits of account number **0002**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address
**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$62.61    $62.61

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Fall 2022**

Last 4 digits of account number **0002**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.26** Priority creditor's name and mailing address
**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.04    $70.04

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Spring 2023**

Last 4 digits of account number **0002**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.27** Priority creditor's name and mailing address
**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$58.50    $58.50

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Fall 2023**

Last 4 digits of account number **0002**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.28** Priority creditor's name and mailing address
**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$121.11    $121.11

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Spring 2023**

Last 4 digits of account number **0002**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor __Machine Tool Service Inc_____     Case number (if known) _____
          Name

| 2.29 | Priority creditor's name and mailing address **Vigo County Treasurer** **P O Box 1466** **Indianapolis, IN 46206-1466** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $45.22 | $45.22 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Property Taxes-Fall 2022** | | |
| | Last 4 digits of account number __0002__ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address **Vigo County Treasurer** **P O Box 1466** **Indianapolis, IN 46206-1466** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $51.07 | $51.07 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Property Taxes-Spring 2023** | | |
| | Last 4 digits of account number __0002__ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes | | |

| 2.31 | Priority creditor's name and mailing address **Vigo County Treasurer** **P O Box 1466** **Indianapolis, IN 46206-1466** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $42.69 | $42.69 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Property Taxes-Fall 2023** | | |
| | Last 4 digits of account number __0002__ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address **Vigo County Treasurer** **P O Box 1466** **Indianapolis, IN 46206-1466** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $330.45 | $330.45 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Property Taxes-Fall 2022** | | |
| | Last 4 digits of account number __0002__ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address **Vigo County Treasurer** **P O Box 1466** **Indianapolis, IN 46206-1466** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $315.27 | $315.27 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Property Taxes-Spring 2023** | | |
| | Last 4 digits of account number __0002__ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes | | |

Debtor  __Machine Tool Service Inc__                                     Case number (if known) _____
         Name

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.30 | $259.30 |
|---|---|---|---|---|

**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**84-06-21-205.006-000-002**

Basis for the claim:
**Property Taxes-Fall 2023**

Last 4 digits of account number __0002__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.35 | Priority creditor's name and mailing address | | $502.63 | $502.63 |
|---|---|---|---|---|

**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Fall 2022**

Last 4 digits of account number __0002__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.36 | Priority creditor's name and mailing address | | $506.58 | $506.58 |
|---|---|---|---|---|

**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Spring 2023**

Last 4 digits of account number __0002__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.37 | Priority creditor's name and mailing address | | $418.99 | $418.99 |
|---|---|---|---|---|

**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Fall 2023**

Last 4 digits of account number __0002__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.38 | Priority creditor's name and mailing address | | $2,551.24 | $2,551.24 |
|---|---|---|---|---|

**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Spring 2023-Business Tangible**

Last 4 digits of account number __0002__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Machine Tool Service Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,319.31 | $2,319.31 |
|---|---|---|---|---|

**Vigo County Treasurer**
**P O Box 1466**
**Indianapolis, IN 46206-1466**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes-Fall 2023 Business Tangible**

Last 4 digits of account number __0002__

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,892.50 | $2,892.50 |
|---|---|---|---|---|

**William R.  Howald**
**2614 W. State Road 340**
**Brazil, IN 47834**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation time pay owed to employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,069.20 | $1,069.20 |
|---|---|---|---|---|

**William R. Howald**
**2614 W. State Rd 340**
**Brazil, IN 47834**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount deducted from paycheck for insurance**
**but not paid**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.44 | $591.44 |
|---|---|---|---|---|

**William R. Howald**
**2614 W. State Rd 340**
**Brazil, IN 47834**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Simple IRA Contributions not paid into IRA**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $591.30 |
|---|---|---|---|

**ADT Security Services**
**P.O. Box 371878**
**Pittsburgh, PA 15250-7878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1173__

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No   ☐ Yes

| Debtor | **Machine Tool Service Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address
**Allied Electronics/RS Americas Inc.**
7151 Jack Newell Blvd S
Fort Worth, TX 76118

Date(s) debt was incurred _
Last 4 digits of account number  **6138**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**
Is the claim subject to offset?  ☒ No   ☐ Yes

**$159.98**

---

**3.3** | Nonpriority creditor's name and mailing address
**Altus Receivables Management**
2121 Airline Drive, Suite 520

Metairie1308.49, LA 70001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collections Company**
Is the claim subject to offset?  ☒ No   ☐ Yes

**$1,308.49**

---

**3.4** | Nonpriority creditor's name and mailing address
**American Express Gold Card**
P.O. Box 60189
City of Industry, CA 91716

Date(s) debt was incurred _
Last 4 digits of account number  **2000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**
Is the claim subject to offset?  ☒ No   ☐ Yes

**$5,757.26**

---

**3.5** | Nonpriority creditor's name and mailing address
**American Express Sky Miles**
P.O. Box 60189
City of Industry, CA 91716-0189

Date(s) debt was incurred _
Last 4 digits of account number  **2006**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**
Is the claim subject to offset?  ☒ No   ☐ Yes

**$26,369.08**

---

**3.6** | Nonpriority creditor's name and mailing address
**American Financial Credit Services**
10333 N. Meridian St. Ste 270
Indianapolis, IN 46290-1144

Date(s) debt was incurred _
Last 4 digits of account number  **6696**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collections Company for Vigo Co Treasurer**
Is the claim subject to offset?  ☒ No   ☐ Yes

**$3,543.99**

---

**3.7** | Nonpriority creditor's name and mailing address
**American Welding & Gas**
P. O. Box 779009
Chicago, IL 60677-9009

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**
Is the claim subject to offset?  ☒ No   ☐ Yes

**$100.72**

---

**3.8** | Nonpriority creditor's name and mailing address
**Aramark**
25259 Network Pl
Chicago, IL 60673-1252

Date(s) debt was incurred _
Last 4 digits of account number  **9346**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**
Is the claim subject to offset?  ☒ No   ☐ Yes

**$3,353.41**

---

**3.9** | Nonpriority creditor's name and mailing address
**Arconic US LLC**
P.O. Box 81282, 5801 Postal Road
Cleveland, OH 44181-9600

Date(s) debt was incurred _
Last 4 digits of account number  **3370**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Down Pymt for Work to be Performed**
Is the claim subject to offset?  ☒ No   ☐ Yes

**$24,928.50**

---

Debtor   **Machine Tool Service Inc**                                          Case number *(if known)*_____
         Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,453.00 |
|---|---|---|---|

**Arsenal Technical High School**
**120 E. Walmart St. B05**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5299**

Basis for the claim:  **Customer Down Pymt for Work to be Performed**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,065.00 |
|---|---|---|---|

**Bourn & Koch**
**2500**

**Kishwaukee St.**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,083.71 |
|---|---|---|---|

**CFM**
**P.O. Box 674257**
**Marietta, GA 30006-0072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9346**

Basis for the claim:  **Collections Company for Aramark**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,694.34 |
|---|---|---|---|

**Chase Visa**
**P. O. Box 6294**
**Carol Stream, IL 60197-6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5126**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,878.40 |
|---|---|---|---|

**Coldwell**
**P.O Box 10098**
**Terre Haute, IN 47801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0269**

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $334.94 |
|---|---|---|---|

**Durabar-Metal Services**
**35168 Eagle Way**
**Chicago, IL 60678-1351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2760**

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.50 |
|---|---|---|---|

**H & W Machine Repair and Rebuilding**
**2119 Meyer Rd**
**Fort Wayne, IN 46803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,639.00 |
|---|---|---|---|

**Horner Industrial Group**
**1521 East Washington ST.**
**Indianapolis, IN 46201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3591**

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor  **Machine Tool Service Inc**                              Case number (if known) _____
         Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,755.50 |

**Industrial Machine Solutions**
P. O. Box 187
Greenwood, IN 46142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.27 |

**Kirby Risk Corporation**
27561 Network Place
Chicago, IL 60673-1275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5453**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,700.00 |

**Linda K. Hoar**
3949 E. Evans Ave.
Terre Haute, IN 47805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Reimbursement for business expenses paid by Linda Hoar**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,436.73 |

**Lucas Precision LLC**
13020 Saint Clair Ave
Cleveland, OH 44108-2033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8633**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,374.95 |

**McMaster-Carr**
P.O. Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8400**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,355.88 |

**Monarch Lathes**
P. O. Box 4609
Sidney, OH 45365-4609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8638**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,191.00 |

**Motion Source**
31200 Solon Rd. Ste 7
Solon, OH 44139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,629.27 |

**MSC**
P. O. Box 953635
Saint Louis, MO 63195-3635

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor __Machine Tool Service Inc__      Case number (if known) _____
Name

---

**3.26**

Nonpriority creditor's name and mailing address
**NTN Driveshaft Inc.**
**8251 International Drive**
**Columbus, IN 47201**

Date(s) debt was incurred _
Last 4 digits of account number **8764**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Down Pymt for Work to be Performed__
Is the claim subject to offset?  ☒ No  ☐ Yes

**$11,640.00**

---

**3.27**

Nonpriority creditor's name and mailing address
**Platinum  Lawn Care Inc.**
**P.O. Box 11297**
**Terre Haute, IN 47801**

Date(s) debt was incurred _
Last 4 digits of account number **8895**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__
Is the claim subject to offset?  ☒ No  ☐ Yes

**$400.00**

---

**3.28**

Nonpriority creditor's name and mailing address
**Reliance Standard Life Insurance Company**
**P.O> Box 3124**
**Southeastern, PA 19398-3124**

Date(s) debt was incurred _
Last 4 digits of account number **vice**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Life Insurance__
Is the claim subject to offset?  ☒ No  ☐ Yes

**$1,644.57**

---

**3.29**

Nonpriority creditor's name and mailing address
**Rempco, Inc.**
**2511 Bell Ave.**
**Cadillac, MI 49601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__
Is the claim subject to offset?  ☒ No  ☐ Yes

**$7,237.00**

---

**3.30**

Nonpriority creditor's name and mailing address
**Reynolds & Company, Inc.**
**1916 S. 25th**
**Terre Haute, IN 47802**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__
Is the claim subject to offset?  ☒ No  ☐ Yes

**$120.00**

---

**3.31**

Nonpriority creditor's name and mailing address
**Richard James & Associates, Inc.**
**4317 N.E. Thurston Way #270**
**Vancouver, WA 98662**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collections Company__
Is the claim subject to offset?  ☒ No  ☐ Yes

**$6,355.88**

---

**3.32**

Nonpriority creditor's name and mailing address
**Sentry Insurance Company**
**P.O. Box 8019**
**Stevens Point, WI 54481-8019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance__
Is the claim subject to offset?  ☒ No  ☐ Yes

**$4,287.20**

---

**3.33**

Nonpriority creditor's name and mailing address
**Sherwin-Williams**
**1911 Wabash Ave.**
**Terre Haute, IN 47807-3326**

Date(s) debt was incurred _
Last 4 digits of account number **7832**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__
Is the claim subject to offset?  ☒ No  ☐ Yes

**$83.88**

---

Debtor __Machine Tool Service Inc__                                     Case number (if known) _____
          Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.26 |

**Sticks & Stones Abrasives**
3225 Avenue East
Arlington, TX 76011

Date(s) debt was incurred _

Last 4 digits of account number _7526_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $373.76 |

**Synchrony Bank (Sam's)**
P. O. Box 669825
Dallas, TX 75266-0782

Date(s) debt was incurred _

Last 4 digits of account number _9331_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Credit card purchases_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,940.55 |

**Unison Engine Components**
333 S. 3rd St.
Terre Haute, IN 47807

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Down Pymt for Work to be Performed_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.72 |

**Wabash Valley Goodwill**
2702 S. 3rd St
Terre Haute, IN 47802

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.58 |

**Weschler Instruments**
16900 Foltz Parkway
Strongsville, OH 44149

Date(s) debt was incurred _

Last 4 digits of account number _C117_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,308.49 |

**World Wide Express**
29228 Network Place
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number _2804_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 69,516.25 |
| 5b. Total claims from Part 2 | 5b. + $ | 248,885.11 |

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 14 of 15

Debtor    __Machine Tool Service Inc__                              Case number (if known) _____
                    Name

**5c. Total of Parts 1 and 2**
        Lines 5a + 5b = 5c.                                5c.    $ _____ 318,401.36

**Fill in this information to identify the case:**

Debtor name   **Machine Tool Service Inc**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Machine Tool Service leases from CSX for $1,074.74 per year.** |
| | State the term remaining | |
| | List the contract number of any government contract | **CSX Transportation**<br>**500 Water Street J180**<br>**Jacksonville, FL 32202** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Sign location lease. Lamar leases from MachineTool Service and pays them $166.67** |
| | State the term remaining | **Month to Month** |
| | List the contract number of any government contract | **The Lamar Companies**<br>**P.O. Box 66338**<br>**Baton Rouge, LA 70896** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Listing Contract to sell real estate 117 Elm Street Terre Haute, IN** |
| | State the term remaining | **to July 4, 2024** |
| | List the contract number of any government contract | **92c Partners LLC**<br>**3950 Priority Way South Dr Suite 112**<br>**Indianapolis, IN 46240** |

| Fill in this information to identify the case: |
|---|

Debtor name   **Machine Tool Service Inc**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (If known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Forrest Perry** | **1759 E.  Home Ave.** **Clinton, IN 47842** | **Chase Visa** | ☐ D _____ ☒ E/F __3.13__ ☐ G _____ |
| 2.2 | **Samuel G. Hoar** | **3949 E. Evans Avenue** **Terre Haute, IN 47805** **Guarantor** | **First Financial Bank** | ☒ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Samuel G. Hoar** | **3949 E. Evans Avenue** **Terre Haute, IN 47805** **Guarantor** | **First Financial Bank** | ☒ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Samuel G. Hoar** | **3945 E. Evans Avenue** **Terre Haute, IN 47804** **Guarantor** | **Kapitus LLC** | ☒ D __2.4__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Machine Tool Service Inc**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF INDIANA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **04/01/2022** to **03/31/2023** | ☒ Operating a business<br>☐ Other _____ | $484,728.00 |
| **For year before that:**<br>From **04/01/2021** to **03/31/2022** | ☒ Operating a business<br>☐ Other _____ | $730,962.00 |
| **For the fiscal year:**<br>From **04/01/2020** to **03/31/2021** | ☒ Operating a business<br>☐ Other _____ | $522,855.00 |
| **For the fiscal year:**<br>From **04/01/2019** to **03/31/2020** | ☒ Operating a business<br>☐ Other _____ | $1,048,108.00 |
| **For the fiscal year:**<br>From **04/01/2018** to **03/31/2019** | ☒ Operating a business<br>☐ Other _____ | $966,246.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Machine Tool Service Inc**                                   Case number *(if known)* _____

⊠ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

⊠ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

⊠ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

⊠ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

⊠ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

⊠ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

⊠ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

⊠ None

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Machine Tool Service Inc**                                    Case number *(if known)*  _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:  Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Hickam & Lorenz, P.C.<br>10 South Main<br>Spencer, IN 47460 | **Attorney Fee** | | **$8,000.00** |
| | **Email or website address**<br>**rlorenz@hickamlorenz.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Machine Tool Service Inc**                                    Case number *(if known)* _____

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

    ☒ No Go to Part 10.
    ☐ Yes. Fill in below:

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:   Details About Environment Information**

Debtor    **Machine Tool Service Inc**                              Case number *(if known)*  _____

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐  No.
☒  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Elm Street Groundwater Contamination Sit** <br> **Terre Haute, IN 47804** | **EPA** <br> **Department of Justice** <br> **Pedro Segura** <br> **P,O. Box 7611** <br><br> **Washington, DC 20044-7611** | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐  None

| Business name address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **Machine Tool Service INC.** <br> **117 Elm Street** <br> **Terre Haute, IN 47807** | **Machine repair and machine service shop** | **Dates business existed** <br> **EIN:**   35-1131855 <br><br> **From-To**   5/23/1966 to 6/23/2023 |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

Debtor    **Machine Tool Service Inc**                                      Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Kemper CPA Group**<br>**420 South 25th Street**<br>**Terre Haute, IN 47803** | **2019-2021** |
| 26a.2.    **Mauriello Accounting Inc.**<br>**54 South 11th Street**<br>**Terre Haute, IN 47807** | **2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **First Financial Bank**<br>**P.O. Box 540**<br>**Terre Haute, IN 47808** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Machine Tool Service Inc.**<br>**117 Elm Street**<br>**Terre Haute, IN 47807** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Samuel G. Hoar** | **3949 E. Evans Ave.**<br>**Terre Haute, IN 47805** | **President** | **99** |
| **Matthew Hoar** | | **Vice President** | |
| **Brad Perry** | | **Secretary** | **Less than 1%**<br>**(1 share)** |

Debtor   **Machine Tool Service Inc**                                   Case number *(if known)* _____

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Bradley W. Perry | 835 Bogart Street Clinton, IN 47842 | Secretary | Held until June, 2023 |

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1 . | Samuel G. Hoar 3949 E. Evans Ave. Terre Haute, IN 47805 | Salary 40 hours per week @ $40.00 per hour paid weekly | Jan 1, 2023 to June 22, 2023 | Salary |
| | Relationship to debtor President of Company | | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| Edward Jones Simple IRA | EIN: |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Machine Tool Service Inc**                                    Case number *(if known)*  _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 24, 2023**

_____          **Samuel G. Hoar**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Machine Tool Service Inc** _____    Case No. _____
                                    Debtor(s)                      Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brad Perry** | **common stock** | **1** | |
| **Samuel G. Hoar**<br>**3949 E. Evans Ave.**<br>**Terre Haute, IN 47805** | **common stock** | **300** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 24, 2023** _____    Signature _/s/ Samuel G. Hoar_ _____
                                                            **Samuel G. Hoar**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Machine Tool Service Inc**                    Case No. _____
                                     Debtor(s)          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐   **FLAT FEE**

       For legal services, I have agreed to accept ......................................................   $   _____

       Prior to the filing of this statement I have received......................................   $   _____

       Balance Due...................................................................................................   $   _____

    ☒   **RETAINER**

       For legal services, I have agreed to accept and received a retainer of...........................   $   **8,000.00**

       The undersigned shall bill against the retainer at an hourly rate of...............................   $   **300.00**
       [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:
     ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:
     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re    **Machine Tool Service Inc** _____      Case No. _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 24, 2023** _____
*Date*

**Richard Lorenz**
*Signature of Attorney*
**Hickam & Lorenz, P.C.**
**10 South Main**
**Spencer, IN 47460**
**(812) 829-2221   Fax:**
**rlorenz@hickamlorenz.com** _____
*Name of law firm*

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Indiana**

In re:                                               )
MACHINE TOOL SERVICE, INC.                           )        Case No. _____
                                                     )
*[Name of Debtor(s)]*                                )        *(xx-xxxxx)*
SAMUEL G. HOAR                                       )
                                    Debtor(s).       )
                                                     )

☐   Check if this form
    is submitted with an
    amended creditor list.

## <u>VERIFICATION OF CREDITOR LIST</u>

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:   8/24/2023

/s/ Samuel G. Hoar
_____
Signature of Debtor

92c Partners LLC
3950 Priority Way South Dr Suite 112
Indianapolis, IN 46240


ADT Security Services
P.O. Box 371878
Pittsburgh, PA 15250-7878


AFCS
10333 N. Meridian St, Ste 270
Indianapolis, IN 46290-1144


Allied Electronics/RS Americas Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118


Altus Receivables Management
2121 Airline Drive, Suite 520
Metairie1308.49, LA 70001


American Express Gold Card
P.O. Box 60189
City of Industry, CA 91716


American Express Sky Miles
P.O. Box 60189
City of Industry, CA 91716-0189


American Financial Credit Services
10333 N. Meridian St. Ste 270
Indianapolis, IN 46290-1144


American Financial Credit Services Inc.
10333 N. Meridian St. Ste 270
Indianapolis, IN 46290-1144


American Welding & Gas
P. O. Box 779009
Chicago, IL 60677-9009


Aramark
25259 Network Pl
Chicago, IL 60673-1252


Arconic US LLC
P.O. Box 81282, 5801 Postal Road
Cleveland, OH 44181-9600


Arsenal Technical High School
120 E. Walmart St. B05
Indianapolis, IN 46204


Bourn & Koch
2500  Kishwaukee St.
Rockford, IL 61104

Bradley W. Perry
835 Bogart St.
Clinton, IN 47842


Brian J. Noblitt
P.O. Box 273 10815 N. Hollingworth Place
West Terre Haute, IN 47885


Brian J. Noblitt
P.O. Box 273 10815 N. Hollingworth Place
West Terre Haute, IN 47885


Brian Noblitt
P.O. Box 273 108125 N. Hollingworth Pl.
West Terre Haute, IN 47885


CFM
P.O. Box 674257
Marietta, GA 30006-0072


Chase Visa
P. O. Box 6294
Carol Stream, IL 60197-6294


Coldwell
P.O Box 10098
Terre Haute, IN 47801


CSX Transportation
500 Water Street J180
Jacksonville, FL 32202


Dept of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0046


Durabar-Metal Services
35168 Eagle Way
Chicago, IL 60678-1351


First Financial Bank
P.O. Box 540
Terre Haute, IN 47808


First Financial Bank
P. O. Box 540
Terre Haute, IN 47808


Forrest Perry
1759 E.  Home Ave.
Clinton, IN 47842


Forrest Perry Buyout
1759 Howe Ave
Clinton, IN 47842

H & W Machine Repair and Rebuilding
2119 Meyer Rd
Fort Wayne, IN 46803


Horner Industrial Group
1521 East Washington ST.
Indianapolis, IN 46201


Indiana Dept of Revenue
100 N. Senate Ave IGCN Ste N105
Indianapolis, IN 46204


Indiana Dept of Revenue
100 N. Senate Ave.
Indianapolis, IN 46204


Industrial Machine Solutions
P. O. Box 187
Greenwood, IN 46142


IRS
Dept of the Treasury Internal Revenue Se
Cincinnati, OH 45280-6532


Kapitus LLC
2500 Wilson Boulevard Suite 340
Arlington, VA 22201


Kirby Risk Corporation
27561 Network Place
Chicago, IL 60673-1275


Linda K. Hoar
3949 E. Evans Ave.
Terre Haute, IN 47805


Lucas Precision LLC
13020 Saint Clair Ave
Cleveland, OH 44108-2033


Matthew K. Hoar
1117 Maple Ave.
Terre Haute, IN 47804


Matthew K. Hoar
1117 Maple Ave.
Terre Haute, IN 47804


McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690


Monarch Lathes
P. O. Box 4609
Sidney, OH 45365-4609

```
Motion Source
31200 Solon Rd. Ste 7
Solon, OH 44139


MSC
P. O. Box 953635
Saint Louis, MO 63195-3635


NTN Driveshaft Inc.
8251 International Drive
Columbus, IN 47201


Platinum  Lawn Care Inc.
P.O. Box 11297
Terre Haute, IN 47801


Reliance Standard Life Insurance Company
P.O> Box 3124
Southeastern, PA 19398-3124


Rempco, Inc.
2511 Bell Ave.
Cadillac, MI 49601


Reynolds & Company, Inc.
1916 S. 25th
Terre Haute, IN 47802


Richard James & Associates, Inc.
4317 N.E. Thurston Way #270
Vancouver, WA 98662


Samuel G. Hoar
3949 E. Evans Ave
Terre Haute, IN 47805


Samuel G. Hoar
3949 E. Evans Avenue
Terre Haute, IN 47805


Samuel G. Hoar
3945 E. Evans Avenue
Terre Haute, IN 47804


Sentry Insurance Company
P.O. Box 8019
Stevens Point, WI 54481-8019


Sherwin-Williams
1911 Wabash Ave.
Terre Haute, IN 47807-3326


Sticks & Stones Abrasives
3225 Avenue East
Arlington, TX 76011
```

Synchrony Bank (Sam's)
P. O. Box 669825
Dallas, TX 75266-0782


The Lamar Companies
P.O. Box 66338
Baton Rouge, LA 70896


Thomas E. Waller
110 North Street
Paris, IL 61944


Thomas E. Waller
110 North Street
Paris, IL 61944


Unison Engine Components
333 S. 3rd St.
Terre Haute, IN 47807


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466

```
Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P O Box 1466
Indianapolis, IN 46206-1466


Vigo County Treasurer
P. O. Box 1466
Indianapolis, IN 46206-1466
```

Vigo County Treasurer
PO Box 1466
Indianapolis, IN 46206-1466


Wabash Valley Goodwill
2702 S. 3rd St
Terre Haute, IN 47802


Weschier Instruments
16900 Foltz Parkway
Strongsville, OH 44149


William R. Howald
2614 W. State Rd 340
Brazil, IN 47834


William R. Howald
2614 W. State Rd 340
Brazil, IN 47834


William R. Howald
2614 W. State Road 340
Brazil, IN 47834


World Wide Express
29228 Network Place
Chicago, IL 60673